FILED

2008 JUL 11 P 3:38

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

ADR

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CHARLES W O'BRYAN JR
1275 Ashcroft Ln
San Jose CA 95118
                                    Plaintiff,

vs.

Rodeo Express Charters
& Javier Hernandes
   Sergio Hernandes      Defendant.
326 Phelan Ave San Jose CA 95112

CASE NO. C08 03367

APPLICATION TO PROCEED
IN FORMA PAUPERIS
(Non-prisoner cases only)

I, CHARLES O'BRYAN, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?          Yes X   No ___

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer: Workmans Compensation

Gross: Week_____  Net: _____

Employer: Rodeo Express Charters
326 Phelan Ave San Jose CA 95112

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

1  and wages per month which you received.
2  _____
3  _____
4  _____
5  2.  Have you received, within the past twelve (12) months, any money from any of the
6  following sources:
7      a.  Business, Profession or                          Yes ___  No X
8          self employment?
9      b.  Income from stocks, bonds,                       Yes ___  No X
10         or royalties?
11     c.  Rent payments?                                   Yes ___  No X
12     d.  Pensions, annuities, or                          Yes ___  No X
13         life insurance payments?
14     e.  Federal or State welfare payments,               Yes ___  No X
15         Social Security or other govern-
16         ment source?
17 If the answer is "yes" to any of the above, describe each source of money and state the amount
18 received from each.
19 _____
20 _____
21 3.  Are you married?                                     Yes ___  No X
22 Spouse's Full Name: _____
23 Spouse's Place of Employment: _____
24 Spouse's Monthly Salary, Wages or Income:
25 Gross $_____  Net $_____
26 4.  a.  List amount you contribute to your spouse's support:$ _____
27     b.  List the persons other than your spouse who are dependent upon you for support
28         and indicate how much you contribute toward their support. (NOTE: For minor

1 | and wages per month which you received.

2 | _____

3 | _____

4 | _____

5 | 2.  Have you received, within the past twelve (12) months, any money from any of the
6 | following sources:

7 |   a.  Business, Profession or          Yes ___ No ✗
8 |       self employment?
9 |   b.  Income from stocks, bonds,       Yes ___ No ✗
10|       or royalties?
11|   c.  Rent payments?                   Yes ___ No ✗
12|   d.  Pensions, annuities, or          Yes ___ No ✗
13|       life insurance payments?
14|   e.  Federal or State welfare payments, Yes ___ No ✗
15|       Social Security or other govern-
16|       ment source?

17 | If the answer is "yes" to any of the above, describe each source of money and state the amount
18 | received from each.

19 | _____

20 | _____

21 | 3.  Are you married?                  Yes ___ No ✗

22 | Spouse's Full Name: _____

23 | Spouse's Place of Employment: _____

24 | Spouse's Monthly Salary, Wages or Income:

25 | Gross $_____  Net $_____

26 | 4.  a.  List amount you contribute to your spouse's support:$ _____
27 |     b.  List the persons other than your spouse who are dependent upon you for support
28 |         and indicate how much you contribute toward their support. (NOTE: For minor

-2-

children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.)

_____

_____

5. Do you own or are you buying a home?  Yes ___ No ✗

Estimated Market Value: $_____ Amount of Mortgage: $_____

6. Do you own an automobile?  Yes ___ No ✗

Make _____ Year _____ Model _____

Is it financed? Yes ___ No ___ If so, Total due: $ _____

Monthly Payment: $ _____

7. Do you have a bank account? Yes ___ No ✗ (Do not include account numbers.)

Name(s) and address(es) of bank: _____

_____

Present balance(s): $ _____

Do you own any cash? Yes ✗ No ___ Amount: $ *80.00*

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)  Yes ___ No ✗

_____

8. What are your monthly expenses?

Rent: $ *700 Month* Utilities: *100 + Month*

Food: $ _____ Clothing: _____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Account |
|---|---|---|
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

_____

- 3 -

1   children, list only their initials and ages.  DO NOT INCLUDE THEIR NAMES.)

2   _____

3   _____

4   5.   Do you own or are you buying a home?   Yes ___ No _X_

5   Estimated Market Value: $_____ Amount of Mortgage: $_____

6   6.   Do you own an automobile?   Yes ___ No _X_

7   Make _____ Year _____ Model _____

8   Is it financed? Yes ___ No ___ If so, Total due: $ _____

9   Monthly Payment: $ _____

10  7.   Do you have a bank account?   Yes ___ No _X_ (Do not include account numbers.)

11  Name(s) and address(es) of bank: _____

12  _____

13  Present balance(s):  $ _____

14  Do you own any cash?  Yes _X_ No ___ Amount: $ _80.00_

15  Do you have any other assets? (If "yes," provide a description of each asset and its estimated

16  market value.)   Yes ___ No _X_

17  _____

18  8.   What are your monthly expenses?

19  Rent: $ _700 Month_ Utilities: _100 + Month_

20  Food: $ _____ Clothing: _____

21  Charge Accounts:

22  Name of Account          Monthly Payment          Total Owed on This Account

23  _____               $ _____             $ _____

24  _____               $ _____             $ _____

25  _____               $ _____             $ _____

26  9.   Do you have any other debts? (List current obligations, indicating amounts and to whom

27  they are payable. Do not include account numbers.)

28  _____

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No ✗

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____

_____

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

7-11-08                              *[signature]*
DATE                                 SIGNATURE OF APPLICANT

- 4 -