AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Northern District of California

FILED
2008 JUL 31 P 2: 42
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

| | |
|---|---|
| CHARLES W. O'BRYAN JR. | ) |
| Plaintiff | ) |
| v. | ) Civil Action No.  CV 08-03367 RS |
| RODEO EXPRESS CHARTER, ET AL. | ) |
| Defendant | ) |

**Summons in a Civil Action**

To: *(Defendant's name and address)*
Sergio Hernandes
326 Phelan Avenue
San Jose, CA 95112

A lawsuit has been filed against you.

　　　Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:
Charles W. O'Bryan, Jr
1275 Ashcroft Lane, San Jose, CA 95110

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_Richard W. Wieking_
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Name of clerk of court

Date:　　July 16, 2008　　　　　　　　　　　　_Betty  Walter_
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Deputy clerk's signature

# UNEXECUTED

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

    (1) personally delivering a copy of each to the individual at this place, _____
_____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____; or

    (4) returning the summons unexecuted to the court clerk on  **7/22/08** ; or

    (5) other (specify)  **COMPANY UNKNOWN AT ADDRESS CURRENT TENNANT AMERICA BUS LINE**
_____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00** .

Date: **07/30**

                                                                          *[signature]*
                                                                          Server's signature

                                                                    **Donald Havens Jr.  USMS**
                                                                         Printed name and title

                                                   UNITED STATES MARSHALS SERVICE
                                                  280 SOUTH FIRST STREET ROOM 2100
                                                          SAN JOSE, CA 95113

                                                                           Server's address

**UNEXECUTED**