**E-Filed 11/3/08**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHARLES W. O'BRYAN, JR., | Case Number C 08-3367 JF (RS) |
| Plaintiff, | ORDER DISMISSING ACTION WITHOUT PREJUDICE TO REFILING IN STATE COURT |
| v. | |
| RODEO EXPRESS CHARTERS, et al., | |
| Defendants. | |

On September 18, 2008, the Court dismissed the complaint in this action for failure to state a claim upon which relief could be granted. Plaintiff did not file an amended pleading within the time provided, and did not appear at a Case Management Conference held on October 31, 2008. Accordingly, the action is DISMISSED without prejudice to refiling in an appropriate state court.

IT IS SO ORDERED.

DATED: 11/3/08

_____
JEREMY FOGEL
United States District Judge

Case No. C 08-3367 JF (RS)
ORDER DISMISSING ACTION WITH PREJUDICE
(JFLC2)

1 | Copies of Order served on:
2 |
3 | Charles W O'Bryan, Jr.
4 | 1275 Ashcroft Lane
5 | San Jose, CA 95118
6 |
7 |
8 |
9 |
10 |
11 |
12 |
13 |
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |